# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| RICKLEY LIONEL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:14-cv-1554-SLB-JEO |
| ) | |
| ERIC H. HOLDER, Attorney General of the ) | |
| United States, et al., ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Rickley Lionel, *pro se*. It was transferred to this court from the United States District Court for the Southern District of New York. Petitioner contests his continued detention at the Etowah County Detention Center pending his removal to St. Lucia pursuant to the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et seq. Respondents now move to dismiss the action as moot. (Doc. 10).

In support of their motion, Respondents have filed evidence showing that Petitioner was released from custody under order of supervision. (Doc. 10-1). Thus, Petitioner's claim for release under an order of supervision or for repatriation is moot. See Nyaga v. Ashcroft, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"). Accordingly, Respondents' motion is due to be granted, and this matter is due to be dismissed as moot. A separate final order will be entered.

**DONE** this 16th day of December, 2014.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE